

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-24-00042-CR

JEFFREY DEAN STRANGE, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 100th District Court
Carson County, Texas
Trial Court No. 7016, Honorable Dale A. Rabe, Presiding

August 30, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Jeffrey Dean Strange appealed from the trial court's order revoking his deferred adjudication community supervision, adjudicating him guilty of evading arrest, and sentencing him to 70 years imprisonment. Three issues pend for review. The State concedes their accuracy, which will require modification of the judgment.

***Background***

The order deferring adjudication included a fine of $2,000 and restitution of $180. However, the trial court did not orally pronounce either after adjudicating guilt and

sentencing appellant.  Nevertheless, both appeared in the judgment.  Moreover, the bill of costs required appellant to pay $35 for a precept.

### *Issues One and Two—Imposition of Restitution and Fine*

Through his first two issues, appellant argues the $2,000 fine and $180 in restitution should be deleted from the judgment and bill of costs because neither were pronounced in open court at the time of sentencing.  The State concedes error; thus, we sustain the issues and will modify the judgment and bill of costs accordingly.

### *Issue Three—Precept Fee*

Via his last issue, appellant argues the $35 fee for a precept should be deleted from the bill of costs because statute allows only an $8 charge.  The State again agrees with appellant.  We sustain the issue and will modify the bill of costs accordingly.

The judgment of the trial court is modified to eliminate both the $2,000 fine and $180 assessment for restitution.  As modified, the judgment is affirmed.  We also modify the bill of costs to redact from it reference, if any, to the $2,000 fine and assessment of $180 in restitution.  The bill of costs is further modified to reduce the precept fee from $35 to $8.

Per Curiam

Do not publish.

2